Watts v American BD Co. (2023 NY Slip Op 05483)

Watts v American BD Co.

2023 NY Slip Op 05483

Decided on October 31, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 31, 2023

Before: Kern, J.P., Friedman, Kennedy, Pitt-Burke, JJ. 

Index No. 159621/19 Appeal No. 950 Case No. 2023-03358 

[*1]Starr T. Watts, Plaintiff-Respondent,
v
American BD Company, Also Known as American BD Co Opici Wines et al., Defendants-Appellants.

The Law Offices of Terrence F. Kuhn, New York (Anthony Bianchi of counsel), for appellants.
Chirico Law PLLC, Brooklyn (Vincent Chirico of counsel), for respondent.

Order, Supreme Court, New York County (Adam Silvera, J.), entered on or about January 23, 2023, which denied defendants' motion to compel plaintiff to provide an authorization for her pre-accident psychiatric and psychological records, unanimously affirmed, without costs.
In this action in which plaintiff was injured in a motor vehicle accident, the court providently exercised its discretion in denying defendants' motion to compel, since plaintiff did not seek to recover damages for emotional or psychological injuries, or aggravation of a preexisting emotional or mental condition (see Serra v Goldman Sachs Group, Inc., 116 AD3d 639, 640 [1st Dept 2014]; Churchill v Malek, 84 AD3d 446, 446 [1st Dept 2011]). Plaintiff's general allegations in her bill of particulars of anxiety, mental anguish and the loss of enjoyment of life did not place her entire mental health
history at issue (see Abrew v Triple C Props., LLC, 178 AD3d 526, 527 [1st Dept 2019]).THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 31, 2023